MARIAN G. CATLIN, Respondent, *v.* WILLIAM H. CAT-
LIN, Appellant.

*Divorce — motion to reopen case — denied.*

Appeal from an order, denying a motion to reopen the case before the referee, and permit the defendant to answer. The action was brought to obtain a divorce, on the ground of adultery. The court affirmed the order, on the ground that the affidavit of defendant was entirely insufficient, and was not even accompanied by an affidavit of merits.

*M. P. Stafford*, for the appellant.

*J. T. Davies*, for the respondent.

Opinion by Davis, P. J.

Brady and Daniels, JJ., concurred.

Order affirmed, with costs.